UNITED STATESD DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| WALTER SIMS,<br><br>            Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>            Defendants. | Civil Action No.  2:14-cv-02789-TLN-EFB<br><br>**ORDER FOR PLAINTIFF'S REQUEST TO SEAL EXHIBITS TO VERIFIED COMPLAINT FOR:**<br><br>1. Breach of ERISA Plan (ERISA 502(a)(1)(B) and 502(a)(3); and<br>2. Attorney Fees & Costs |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Walter Sim's Request to Seal Exhibits came before the Honorable Troy L. Nunley.  After full consideration of the request, memoranda of points and authorities, the Exhibits as submitted, and review of the relevant portions of the policy and administrative record, this  Court orders as follows:

IT IS HEREBY ORDERED that Plaintiff Walter Sim's Request is GRANTED.  The evidence supports that the medical records fail to be instructive as to the judicial process and that access to the information by the general public will only further exacerbate the shame and hardship suffered by Plaintiff.

IT IS SO ORDERED.

Dated:  December 3, 2014

_____
Troy L. Nunley
United States District Judge