Gail E. Cohen (SBN 93210)
gcohen@mail.hinshawlaw.com
Robert E. Hess (SBN 178042)
rhess@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:  213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SIMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 2:14-CV-02789-TLN-EFB<br><br>Honorable Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE ERISA TRIAL AND RELATED DATES**<br><br>[Stipulation and Declaration of Gail E. Cohen, Esq. submitted concurrently]<br><br>Complaint Filed:  December 1, 2014 |

**ORDER**

Having reviewed the Stipulation of Plaintiff Walter Sims and Defendant Metropolitan Life Insurance Company regarding their request for continuance of the ERISA trial date and related briefing deadlines to facilitate settlement and further mediation, following the award determination from Plaintiff's Social Security Disability Income benefits appeal hearing on October 7, 2015, and for good cause shown, IT IS HEREBY ORDERED that the parties'

<u>Opening Briefs</u> shall be filed by **February 16, 2016**.

<u>Responsive Briefs</u> shall be filed by **March 16, 2016**.

<u>Trial Date (1/2 Day Bench Trial)</u> set for **April 15, 2016, at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated: September 25, 2015

_____
Troy L. Nunley
United States District Judge

36033200v2 0969145