# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SIMS, | Case No. 2:14-CV-02789-TLN-EFB |
| Plaintiff, | Honorable Troy L. Nunley |
| vs. | **ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE ERISA TRIAL AND RELATED DATES** |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100, | |
| Defendants. | Complaint Filed: December 1, 2014 |

36124607v1 0969145

# ORDER

Having reviewed the Stipulation of Plaintiff Walter Sims and Defendant Metropolitan Life Insurance Company regarding their request for a further continuance of the ERISA trial date and related briefing deadlines to facilitate settlement and further mediation, following the yet-to-be issued award determination from Plaintiff's Social Security Disability Income benefits appeal, and for good cause shown, IT IS HEREBY ORDERED that trial and briefing schedule shall be continued as follows:

<u>Opening Briefs</u> shall be filed by **May 16, 2016**.

<u>Responsive Briefs</u> shall be filed by **June 13, 2016**.

<u>Trial Date (1/2 Day Bench Trial)</u> set for **July 29, 2016 at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated:  January 13, 2016

Troy L. Nunley
United States District Judge

1