1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| WALTER SIMS,<br><br>            Plaintiff,<br><br>      vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>            Defendants. | Case No. 2:14-CV-02789-TLN-EFB<br><br>Honorable Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE ERISA TRIAL AND RELATED DATES**<br><br>Complaint Filed:  December 1, 2014 |

36155266v1 0969145

# **ORDER**

Having reviewed the Stipulation of Plaintiff Walter Sims and Defendant Metropolitan Life Insurance Company regarding their request for a further continuance of the ERISA trial date and related briefing deadlines to facilitate settlement and further mediation, following determination from Plaintiff's Social Security Disability Income benefits appeal, and for good cause shown, IT IS HEREBY ORDERED that trial and briefing schedule shall be continued as follows:

Opening Briefs shall be filed by July 1, 2016.

Responsive Briefs shall be filed by July 29, 2016.

Trial Date (1/2 Day Bench Trial) is set for September 9, 2016 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: May 3, 2016

Troy L. Nunley
United States District Judge

1

36155266v1 0969145